223 So.2d 409

**Lula Mae BRIGNAC, widow of Norris A. VICKNAIR**

v.

**AVONDALE SHIPYARDS, INC.**

No. 49845.

June 13, 1969.

In re: Avondale Shipyards, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. John the Baptist. 220 So.2d 580.

The application is denied. There appears no error of law in the judgment complained of.

223 So.2d 409

**Mrs. Cynthia Sue MARY, wife of Thomas Mattingly PUISSEGUR**

v.

**Thomas Mattingly PUISSEGUR.**

No. 49849.

June 13, 1969.

In re: Thomas Mattingly Puissegur applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 220 So.2d 547.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.